360

UNITED STATES of America,
Appellee,

v.

John JOHNSON, Defendant–Appellant.

No. 06–4001–cr.

United States Court of Appeals,
Second Circuit.

Jan. 3, 2008.

Charles F. Willson, Nevins & Nevins LLP, East Hartford, CT, for Appellant.

Edward T. Kang, Assistant United States Attorney (Kevin J. O'Connor, United States Attorney, on the brief; William J. Nardini, of counsel), United States Attorney's Office for the District of Connecticut, New Haven, CT, for Appellee.

Present: JOHN M. WALKER, JR., JOSÉ A. CABRANES and ROBERT D. SACK, Circuit Judges.

## SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the sentence is hereby **VACATED** and the matter **REMANDED** for resentencing in accordance with this Order.

Defendant-appellant John Johnson pled guilty to possession with intent to distribute five or more grams of cocaine. The District Court sentenced Johnson principally to 156 months of imprisonment. On appeal, Johnson challenges the reasonableness of the sentence imposed upon him.

Without intimating any view on the reasonableness *vel non* of the sentence imposed by the District Court, we remand this case for plenary reconsideration of the sentence imposed in accordance with the Supreme Court's recent decisions, *Kimbrough v. United States*, —— U.S. ——, 128 S.Ct. 558, 169 L.Ed.2d 481 (2007), and *Gall v. United States*, —— U.S. ——, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

The mandate shall issue forthwith.